

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-15-00263-CR

---

TOYLAN BRASHUN WRIGHT, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 54th District Court
McLennan County, Texas
Trial Court No. 2012-2115-C2, Honorable Matt Johnson, Presiding

---

July 23, 2015

## MEMORANDUM OPINION

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

Appellant Toylan Brashun Wright appealed his convictions for possessing a controlled substance with intent to deliver and evading arrest or detention with a vehicle. On July 20, 2015, Appellant filed a Motion to Dismiss Appeal.

Because Appellant's motion to dismiss meets the requirements of Texas Rule of Appellate Procedure 42.2(a), we have not issued a decision in the appeal, and Appellant and his attorney have signed the motion, the Court grants the motion. The

appeal is dismissed.  Having dismissed the appeal at Appellant's request, no motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.